AO 83 (Rev. 06/09) Summons in a Criminal Case

FILED
2018 MAY 11  PM 3:46

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
ALFREDO LOPEZ DE QUERALTA

Defendant

Case No. 2:18-CR-63-FtM-99CM

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☑ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | United States District Court<br>2110 First Street, Room 2-194<br>Fort Myers, Florida 33901 | Courtroom No.: 6B |
| --- | --- | --- |
| | | Date and Time: 5/21/2018 @ 2:30 pm |

This offense is briefly described as follows:

Unlawful Taking of Endangered Wildlife, in violation of Title 16, United States Code, Section(s) 1538(a)(1)(B), 1540(b)(1) and 50 C.F.R. § 17.11(h).

Date: 05/07/2018

_Issuing officer's signature_
Elizabeth Warren, Clerk, U.S. District Court
_Printed name and title_

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons     ☐ Returned this summons unexecuted

Date: 05-10-2018

_Server's signature_

David Shinko
_Printed name and title_
Deputy US Marshal

At the time of your arraignment, you will be called upon to enter a plea to the charges, and your attorney should be present. Contact the U.S. Pretrial Services Office at 2110 First Street, Suite 2-138, Fort Myers, Florida 33901, (239) 461-2040 or (800) 767-0542, before the scheduled hearing for a Pretrial Services interview.

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No.

This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.
*(Not for Public Disclosure)*

**INFORMATION FOR SERVICE**

Name of defendant/offender: Alfredo Lopez de Queralta

Last known residence: 1929 NW 25th Ave., Miami, FL 33125

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

**PROOF OF SERVICE**

This summons was received by me on *(date)* 05-10-2018

☒ I personally served the summons on this defendant Alfredo Lopez De Queralta at *(place)* 1929 NW 25 Ave. on *(date)* 05-10-18 ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: 05-10-2018

*Server's signature*

David Shinko, DUSM
*Printed name and title*

Remarks: