## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

**UNITED STATES OF AMERICA**

**v.**  Case No. 2:18-cr-63-FtM-99CM

**ALFREDO LOPEZ DE QUERALTA**
_____/

## NOTICE OF APPEARANCE

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, Alfredo Lopez De Queralta, in the above-styled cause.

The Clerk is requested to enter the appearance of James Lappan, Assistant Federal Defender, as counsel for the Defendant pursuant to this appointment.

DONNA LEE ELM
FEDERAL DEFENDER

By: /s/James Lappan
James Lappan
Florida Bar No. 160792
Assistant Federal Defender
1514 Broadway, Suite 301
Ft. Myers, Florida 33901
Telephone: 239-334-0397
Fax: 239-334-4109
E-Mail: jim_lappan@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of May, 2018, the foregoing was electronically filed with the Clerk of Court and a copy will be sent electronically to Simon R. Eth, Assistant United States Attorney, 2110 First Street, Fort Myers, FL 33901.

/s/ James Lappan
James Lappan
Assistant Federal Defender